# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0690. IN THE INTEREST OF M. S., A CHILD (MOTHER)**

On September 26, 2022, the juvenile court terminated the mother's parental rights to her child. The mother filed this direct appeal from the juvenile court's order. We, however, lack jurisdiction.

"OCGA § 5-6-35 provides that a party must file an application in order to seek an appeal regarding the termination of parental rights. OCGA § 5-6-35 (a) (12) and (b)." *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Thus, the mother's failure to file a discretionary application

deprives us of jurisdiction over her direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/09/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*